AUGUST MECHLER, PROSECUTOR, PLAINTIFF IN ERROR,
v. JOSEPH FIALK, DEFENDANT IN ERROR.

Argued November 29, 1912—Decided March 3, 1913.

On error to the Supreme Court, whose opinion is reported
in 53 *Vroom* 273.

For the plaintiff in error, *Samuel A. Besson.*

For the defendant in error, *Clarence Kelsey.*

PER CURIAM.

We agree with the view expressed by the Supreme Court
in an opinion by Mr. Justice Parker. The only argument
advanced before us that calls for notice is that since the con-
tract was made on Sunday the court was bound to take notice
of its illegality without having the point made by the de-
fendant.

The question has recently been discussed by Mr. Justice
Sheldon of the Supreme Judicial Court of Massachusetts
with a thoroughness that makes it unnecessary for us to do
more than refer to his opinion. *O'Brien* v. *Shea,* 208 *Mass.*
528.

The judgment is affirmed, with costs.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, TRENCHARD, MINTURN, KALISCH, BOGERT, VRE-
DENBURGH, CONGDON, TREACY, JJ.   10.

*For reversal*—None.